

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

*SAMIR ALMUDHAFER*, Plaintiff, pro se,

v.

*SPOTSYLVANIA VOLUNTEER RESCUE SQUAD, et al.*, Defendants.

Civil Action No. 3:25CV1057 (Judge Roderick C. Young)

## PLAINTIFF'S MOTION FOR LEAVE TO APPEAR REMOTELY AT HEARINGS (VIDEO OR TELEPHONE, IF HEARINGS ARE SCHEDULED)

Plaintiff Samir Almudhafer ("Plaintiff"), proceeding pro se and in forma pauperis, respectfully moves this Court for an order permitting Plaintiff to appear remotely (by video conference or telephone, as the Court directs) for any hearings or conferences that the Court schedules in this matter, and states as follows:

1. Plaintiff is proceeding pro se and the Court has granted Plaintiff leave to proceed in forma pauperis.

2. Plaintiff is a full-time college student who resides in Boston, Massachusetts during the academic term and must travel between Massachusetts and Virginia.

2

3. Requiring in-person appearances for routine hearings or conferences would impose a substantial burden, including travel expense, missed coursework, and logistical hardship, particularly while this matter is in early procedural stages.

4. Plaintiff requests remote appearance solely to ensure efficient participation and compliance with Court scheduling. Plaintiff is not requesting any modification of deadlines or substantive relief.

5. Plaintiff will comply with all Court rules and instructions for remote participation, including identifying himself on the record, maintaining decorum, ensuring a stable connection, and providing any required technology information in advance.

6. Plaintiff understands that the Court may require in-person appearance for certain proceedings if the Court determines it is necessary, including evidentiary hearings or trial.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order permitting Plaintiff to appear remotely (by video or telephone as directed by the Court) for hearings or conferences scheduled in this matter, and granting such other relief as the Court deems just and proper.

Dated: January 9th , 2026

Respectfully submitted,

Samir Almudhafer

Plaintiff, pro se

9613 Hazelbrook Ct.

Fredericksburg, VA 22407

+1 (540) 455-7695

pharaoh.samir7@gmail.com